IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02111-MSK-MJW

JERALD A. BOVINO,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Modify Scheduling Order (Docket No. 20) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 29) is amended to extend the deadline to join parties and amend pleadings up to and including November 14, 2013.

Date: November 5, 2013