IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02111-MSK-MJW

JERALD A. BOVINO,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the [Motion] Stipulated Protective Order (Docket No. 23) is DENIED WITHOUT PREJUDICE.  The parties must file a separate Motion for Protective Order outlining the requirements as set forth in Fed. Civ. P. 26(c), and attach the Stipulated Protective Order to that motion.

Date: November 12, 2013