IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02111-MSK-MJW

JERALD A. BOVINO,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that plaintiff's Unopposed Motion to Modify Scheduling Order (Docket No. 30) is GRANTED IN PART and DENIED IN PART.  The motion is GRANTED insofar as the Scheduling Order (Docket No. 29) is amended to extend the deadline to join parties and amend pleadings up to and including January 8, 2014.  The court cautions plaintiff that a further extension of this deadline is unlikely to be granted.

      The motion is DENIED as to plaintiff's request for another scheduling conference to be held in January.  If necessary, the court will set a Status Conference and/or Scheduling Conference following resolution of the possible amendment to the Complaint.

      In light of the above, it is FURTHER ORDERED that the Status Conference set for December 19, 2013 at 9:00 a.m. is VACATED.

Date: December 2, 2013