**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-CV-02111-MSK-MJW

JERALD A. BOVINO,

    Plaintiff,

v.

 AMAZON.COM, INC.,

     Defendant.
_____

**MOTION FOR LEAVE TO FILE TO AMEND COMPLAINT**
_____

Plaintiff Jerald A. Bovino (hereinafter "Plaintiff Bovino"), by and through counsel, the Fischer Law Firm, P.C. hereby moves the Court for leave to file an Amended Complaint pursuant to FED. R. CIV. P. 15(a)(2). In support of the Motion, Plaintiff Bovino offers the following:

**CERTIFICATE OF COMPLIANCE**

Pursuant to D.C.Colo.LCivR 7.1, Plaintiff Bovino's counsel conferred with opposing counsels regarding the relief requested in this motion prior to filing. Opposing counsels object to the relief requested herein.

**BACKGROUND**

1.    On December 20, 2005, United States Patent No. 6,977,809 (hereinafter '809 Patent) was duly and legally issued for a "Portable Computer Case.

2.    Plaintiff Bovino owns all rights, title, and interest in and to the '809 Patent and

possesses all rights of recovery under said patent, including the right to prosecute this action and to collect damages for all relevant times.

3. As it pertains to this lawsuit, the '809 Patent is infringed by Defendant Amazon's use, sale, offering for sale and/or manufacturing of Portable Computer Cases.

4. Plaintiff Bovino filed his Complaint initiating the above captioned civil action on August 7, 2013.

5. The Scheduling Order entered on October 23, 2013 [Docket No. 19] provides that the deadline to amend pleadings is November 4, 2013.

6. A Minute Order entered on December 2, 2013 [Docket No. 32] modified the Scheduling Order and provides that the deadline to amend pleadings is January 8, 2014.

## LEGAL STANDARD

7. Under FED. R. CIV. P. 15(a), leave to amend the pleadings "shall be freely given when justice so requires." The Supreme Court has indicated that the liberal amendment policy of Rule 15(a) is a "mandate ... to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

8. The interest of justice support granting leave here.

## ARGUMENT

9. Plaintiff Bovino acting diligently to pursue his claims against Defendant Amazon discovered the evidence necessitating this motion after the filing of the original Complaint.

10. Plaintiff Bovino discovered that there were over 100 additional accused products that infringe the '809 Patent.

11. Plaintiff Bovino ordered the additional accused products from various retailers however it took several months to arrive.

12. After inspecting each additional accused product, Plaintiff Bovino has narrowed that list.

13. Plaintiff Bovino's amendment to the original Complaint adds these additional accused products that infringe the '809 Patent and that were discovered after the initial filing. *See*, **Exhibit 1**, Amended Complaint.

14. Plaintiff Bovino has not previously amended his Complaint.

15. Plaintiff Bovino's Motion is not untimely or made in bad faith.

16. No depositions have been noticed or taken by either party and neither has the trial date nor the Markman hearing date been set.

17. Defendant Amazon will not be prejudiced by granting Plaintiff Bovino leave to file his Amended Complaint. The Amended Complaint will permit the parties to address all related claims and accused products in the same proceeding.

18. Plaintiff Bovino respectfully submits that justice would require that Plaintiff Bovino be allowed to amend his Complaint.

WHEREFORE, for the reasons set forth above, Plaintiff Bovino respectfully requests that the Court issue an Order permitting Plaintiff Bovino to file his Amended Complaint pursuant to FED. R. CIV. P. 15(a)(2).

Dated this 8th day of January, 2014.

          FISCHER LAW FIRM, P.C.

          */s/ Ronnie Fischer*
          Ronnie Fischer, #35260
          Fischer Law Firm, P.C.
          1777 South Harrison Street
          Penthouse – Suite 1500
          Denver, Colorado 80210
          Telephone: (303) 756-2500
          Fax: (303) 756-2506
          E-mail: Ronnie@FischerEsq.com

          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Mr. Jeffrey H. Kass, Esq.
Mr. Michael P. Dulin, Esq.
Polsinelli, P.C.
1515 Wynkoop
Suite 600
Denver, Colorado 80202
jkass@polsinelli.com
mdulin@polsinelli.com

Mr. Robert Todd Cruzen, Esq.
Klarquist Sparkman, LLP-Portland
121 S.W. Salmon Street
One World Trade Center
#1600
Portland, OR 97204
rob.cruzen@klarquist.com

*Attorneys for Amazon.com, Inc.*

>*/s/ Ronnie Fischer*
>Ronnie Fischer