**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.** 13-cv-02111-MSK-MJW          FTR - Courtroom A-502

**Date:** March 11, 2014                          Courtroom Deputy, Ellen E. Miller

          *Parties*                                        *Counsel*

JERALD A. BOVINO,                                 Ronnie Fischer
                                                  Ralph M. (Rick) Martin
          Plaintiff(s),

v.

AMAZON.COM, INC.,                                 Jeffrey H. Kass

          Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **MOTION HEARING**
**Court in Session:**   1:30 p.m.
Court calls case. Appearances of counsel.

The Court raises Plaintiff's Motion for Leave to File to Amend Complaint [Docket No. 33, filed January 08, 2014] for oral argument.

Argument by both sides is heard.


**It is ORDERED:**     Plaintiff's MOTION FOR LEAVE TO FILE TO AMEND COMPLAINT [Docket No. **33**, filed January 08, 2014] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.


Hearing concluded.

**Court in recess:**   2:17 p.m.
Total In-Court Time 00:47


To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.