IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02111-MSK-MJW

JERALD A. BOVINO,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Unopposed Motion to Modify Scheduling Order (Docket No. 45) is GRANTED for good cause shown. The Amended Scheduling Order (Docket No. 45-1) is approved and made an order of the court.

Date: June 4, 2014